UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYCE ANTHONY JACKSON,

              Plaintiff,

  v.

SARAH MCCURRY,

              Defendants.

Case No. C20-5351 RJB-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 8).

(2)     Plaintiff's action is dismissed without prejudice for failure to state a claim upon which relief may be granted.

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 23rd day of September, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1